# Third District Court of Appeal

## State of Florida

Opinion filed August 27, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1507
Lower Tribunal No. F09-2160
_____


**Furman D. Livingston, Sr.,**
Petitioner,

vs.

**Department of Corrections, et al.,**
Respondents.


A Case of Original Jurisdiction – Habeas Corpus.

Furman D. Livingston, Sr., in proper person.

Daniel Andrew Johnson (Tallahassee), for respondent Department of Corrections.


Before EMAS, LOBREE and BOKOR, JJ.

PER CURIAM.

We deny the petition for writ of habeas corpus. See Wainwright v. State, 411 So. 3d 392, 399-401 (Fla. 2025) (holding: "Hurst v. Florida, 577 U.S. 92, 136 S.Ct. 616, 193 L.Ed.2d 504 (2016), does not apply retroactively to sentences that became final before the issuance of Ring [v. Arizona, 536 U.S. 584 (2002)]"; further holding that Erlinger v. United States, 602 U.S. 821 (2024) does not apply retroactively); see also Breedlove v. Singletary, 595 So. 2d 8, 10 (Fla. 1992) ("Habeas corpus is not a second appeal and cannot be used to litigate or relitigate issues which could have been, should have been, or were raised on direct appeal.").